**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00127-CR
### No. 05-13-00128-CR

**LEWIS MICHAEL WALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-80388-2011, 219-80389-2011**

## ORDER

Appellant's August 20, 2013 motion to supplement the reporter's record is **GRANTED**.

We **ORDER** Deputy Official Court Reporter Robyn M. Rodriguez to file, within **THIRTY** days of the date of this order, a supplemental reporter's record of the hearing held on March 13, 2013 on appellant's motion for new trial.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Robyn M. Rodriguez.

/s/     LANA MYERS
         JUSTICE